UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* MATTHEW J. NASUTI, <br><br> Plaintiff, <br><br> v. <br><br> SAVAGE FARMS, INC., JAY G. SAVAGE, JOSEPH KOSTIUK, JR., KENNETH S. WILLIAMS, III and KENNETH S. WILLIAMS, IV, <br><br> Defendants. | C.A. No. 12-30121-MAP <br><br> **FILED UNDER SEAL** |

MPP 9·13·12 [~~PROPOSED~~] ORDER

Upon consideration of the United States' motion, pursuant to the False Claims Act, 31 U.S.C. §3730(b)(3), for an extension of time, up to and including January 10, 2013, in which to determine whether or not to intervene in the above-captioned action and during which the complaint and other filings shall remain under seal, it is hereby

**ORDERED** that the United States shall have until and including January 10, 2013, to intervene in the above-captioned action or to notify the Court that it declines to do so; and

**FURTHER ORDERED** that the complaint and all other filings shall remain under seal until further order of this Court, except as previously ordered, unless the United States requests that the seal be lifted prior to that date, and

**FURTHER ORDERED** that a copy of this order shall be provided to the United States, and the Relator.

Dated: 9·13·12

_____
UNITED STATES DISTRICT JUDGE