IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>MATTHEW J. NASUTI,<br><br>    Relator/Plaintiff,<br><br>vs.<br><br>SAVAGE FARMS, INC., a Massachusetts<br>Corporation, et al.,<br><br>    Defendants. | Civil Action No. 12CV30121-MAP<br><br>2013 APR -1 A 9: 14 |

**RELATOR'S (Unopposed) MOTION FOR LIMITED EARLY DISCOVERY**
**DECLARATION OF MATTHEW J. NASUTI**

This motion is labeled as "unopposed" because no parties have yet appeared. The U.S. Government has declined to intervene, therefore it has no standing to object to early discovery.

Relator filed this action in July 2012 seeking to recover more than $8 million for the U.S. Treasury that were embezzled/stolen due to collusion and fraud between five U.S. Department of Agriculture officials, and six corporations and corporate officials who conspired to submit false disaster assistance claims to the United States.

Defendants have illegally siphoned off millions of dollars in USDA grants that should have been distributed to thousands of struggling farmers in Massachusetts. Congress intended the grants almost exclusively for small, beginner and minority farmers, but instead, corrupt USDA officials have diverted the funds to a group of wealthy, established white farmers.

As set out in the attached Declaration, over the past nine months, the Office of the U.S. Attorney in Boston has repeatedly refused to cooperate with Relator. It attorneys have refused to talk to him and meet with him. They have to-date blocked Relator's access to crucial USDA records and Department of Justice evidence in this case. The obstruction of justice has reached the point where it is seriously impacting this prosecution.

*DENIED without prejudice pending filing of answers or other responsive pleadings.*

*Michael A. Ponsor USDJ 5-8-13*

(35)