**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>MATTHEW J. NASUTI, on behalf of the
United States of America,</u>
                            Relator,

       v.                                          CIVIL ACTION <u>1:12-30121-GAO</u>
<u>SAVAGE FARMS, INC., et al.,</u>
                        Defendants

**JUDGMENT OF DISMISSAL**

<u>   O'Toole     D.J.  </u>

In accordance with the Court's Order Adopting Report and Recommendation (dkt. no. 167) dated 3/27/2014 granting the Defendants' Motions to Dismiss (dkt. nos. 63, 66, 70 and 84) it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

<u>   3/27/2014   </u>                                                                                    By the Court,
    Date

                                                                                  <u>  /s/Christopher Danieli  </u>
                                                                                  **Deputy Clerk**